# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
   of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

Leticia Silva
Legal Assistant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/19

**MEMO ENDORSED** 12/5/19

December 4, 2019

The Honorable Colleen McMahon
United States District Court
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   USA v. Antonio Yeris-Almonte
Case No. 18 Cr. 802 (CM)

Dear Judge McMahon,

Our office represents Mr. Antonio Yeris-Almonte in the above referenced matter.

On November 8, 2019, Mr. Antonio Yeris-Almonte was granted permission to stay at his wife's residence in the Southern District of New York with home detention, to watch their children while she is out of the country, until December 13, 2019.

Mr. Yeris-Almonte respectfully requests a one-month extension of his temporary stay in the Southern District of New York with home detention, until January 13, 2020.

U.S. Pretrial Services Officer Bernisa Mejia has no objections to this request. A.U.S.A. Aline Flodr has no objections to this request.

Thank you for your consideration.

Sincerely,
/S/
Telesforo Del Valle, Jr., Esq.
Del Valle & Associates
Attorney for Defendant,
Antonio Yeris-Almonte

Cc:   A.U.S.A. Aline Flodr
Middle District of Pennsylvania U.S. Pretrial Services Officer Daniel Karhnak
Southern District of New York U.S. Pretrial Services Officer Bernisa Mejia