```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :
                                    :   ORDER:   1:18-cr-00802-CM-14
    -against-                       :
                                    :
Antonio Yeris Almonte               :
                                    :
        Defendant                   :
                                    :
------------------------------------X
```

Colleen McMahon, United States Chief District Judge:

ORDERED that the defendant's bail be modified to remove home detention enforced by location monitoring condition. All other release conditions shall remain in effect.

Dated: New York, New York
       April 3, 2020

SO ORDERED

Colleen McMahon
United States Chief District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/20