

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 7, 2020

6/8/20

*Case adj to Sept. 9, 2020 at 3 p.m. — speedy trial time is excluded through Sept 9, in the interest of justice, to facilitate plea discussions.*

**BY ECF**

Honorable Colleen McMahon
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Antonio Yeris Almonte*, 18 Cr. 802 (CM)

Dear Chief Judge McMahon:

The Government respectfully writes on behalf of the parties to request an adjournment of the conference in this matter currently scheduled for defendant Antonio Yeris Almonte for June 9, 2020 at 3 p.m. The parties request an adjournment to September 9, 2020 at 3 p.m. The parties further request that the Court order the exclusion of time pursuant to 18 U.S.C. § 3161(h)(7)(A) between June 9, 2020 and September 9, 2020 to continue discussions of a potential disposition short of trial.

Thank you for your attention to this matter.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____/s/_____
Aline R. Flodr/Dominic Gentile/Jessica Greenwood
Assistant United States Attorneys
(212) 637-1110/2567/1090

cc (by ECF): Telesforo Del Valle, Esq. (counsel for Antonio Yeris Almonte)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/8/20