

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORS

September 2, 2020     9/2/20

**BY ECF**

Honorable Colleen McMahon
United States Courthouse
500 Pearl Street
New York, NY 10007

Case Adj to October 27, 2020
At 2:15 — time excluded through
October 27, in the interest of justice,
to facilitate plea discussions.

Re: *United States v. Antonio Yeris Almonte*, 18 Cr. 802 (CM)

Dear Chief Judge McMahon:

    The Government respectfully writes on behalf of the parties to request an adjournment of the conference in this matter currently scheduled for defendant Antonio Yeris Almonte for September 9, 2020 at 3 p.m. The parties further request that the Court order the exclusion of time pursuant to 18 U.S.C. § 3161(h)(7)(A) between June 9, 2020 and the newly scheduled conference date to allow the parties to engage in continued discussions of a potential disposition short of trial.

    Thank you for your attention to this matter.

                              Respectfully submitted,

                              GEOFFREY S. BERMAN
                              United States Attorney

            by: _____/s/_____
                  Aline R. Flodr/Dominic Gentile/Jessica Greenwood
                  Assistant United States Attorneys
                  (212) 637-1110/2567/1090

cc (by ECF): Telesforo Del Valle, Esq. (counsel for Antonio Yeris Almonte)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/20