Case 1:18-cr-00802-CM   Document 252   Filed 03/30/21   Page 1 of 1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/30/2021
```

BY ECF

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

**MEMO ENDORSED**

March 30, 2021

3/30/2021

Case Adjourned to May 12, 2021
at 2:30 — time excluded
through May 12, in the
interest of justice, to
facilitate plea discussions

*/s/ M. McM*

Honorable Colleen McMahon
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Antonio Yeris Almonte*, 18 Cr. 802 (CM)

Dear Chief Judge McMahon:

The Government respectfully writes on behalf of the parties to request an adjournment of the conference in this matter currently scheduled for defendant Antonio Yeris Almonte for April 6, 2021 at 3:15 p.m. to May 12, 2021 at 2:30 p.m. The parties further request that the Court order the exclusion of time pursuant to 18 U.S.C. § 3161(h)(7)(A) between April 6, 2021 and May 12, 2021 to allow the parties to engage in continued discussions of a potential disposition short of trial.

Thank you for your attention to this matter.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by:  _____/s/_____
Aline R. Flodr/Dominic Gentile/Jessica Greenwood
Assistant United States Attorneys
(212) 637-1110/2567/1090

cc (by ECF):   Telesforo Del Valle, Esq. (counsel for Antonio Yeris Almonte)