# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

Leticia Silva
Legal Assistant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/22

MEMO ENDORSED

January 6, 2022

The Honorable Colleen McMahon
United States District Court
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312
-Via ECF-

Re: USA v. Antonio Yeris-Almonte,
Case No. 18 Cr. 802 (CM)

1/6/22

Modification as requested herein granted

*Colleen McMahon*

Dear Judge McMahon,

Our office represents Mr. Antonio Yeris-Almonte in the above referenced matter.

On December 12, 2018, Mr. Yeris-Almonte was released on a two hundred thousand dollar ($200,000.00) bond co signed by three financially responsible people. His current Conditions of Release include travel restrictions within the Southern and Eastern Districts of New York, and the Eastern and Middle Districts of Pennsylvania.

Mr. Yeris-Almonte respectfully requests a Bail Modification to allow him to travel to the District of New Jersey for work purposes.

U.S. Pretrial Services Officer Viossany Harrison has no objections to this request. The Government, by way of A.U.S.A. Jessica Greenwood had no objections to this request.

Thank you for your consideration.

Sincerely,
/S/Telesforo Del Valle, Jr.
Del Valle & Associates

Cc: A.U.S.A. Jessica Greenwood
SDNY U.S. Pretrial Services Officer Viosanny Harrison